AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

# RETURN OF SERVICE

*B-01-125*

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me  1 | 09-21-01 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| *Ernest Barajas* | *LT. Deputy Constable* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *Rosalinda Garza*

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas

SEP 2 8 2001

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _09-21-01_
Date

*Deputy Ernest B*
Signature of Server

*608 E Harrison Harlingen Tx*
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

# United States District Court

Southern DISTRICT OF Texas

UNITED STATES OF AMERICA,

Plaintiff

V.

RUMALDO VILLANUEVA

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-01-125

TO: (Name and address of defendant)

Rumaldo Villanueva
216 McGregor
Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M.H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
time after service.

Michael N. Milby, Clerk                                    7-16-01

CLERK                                                      DATE

(BY) DEPUTY CLERK