

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 15 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | C.A. No.: B-01-125 |
| | § | (Claim No. 83067) |
| RUMALDO VILLANUEVA, | § | |
| Defendant. | § | |

### REQUEST FOR ENTRY OF DEFAULT

TO THE UNITED STATES DISTRICT CLERK:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Rumaldo Villanueva, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on July 16, 2001. Defendant was personally served with a copy of the Citation and Summons on September 21, 2001 by Deputy Constable Ernest Barajas, which executed summons was filed with the Court on or about September 28, 2001.

2. As of October 11, 2001 no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent certified return receipt requested and regular mail on October 11, 2001, to:

Rumaldo Villanueva
27903 S Dill Worth
Harlingen, Texas 78552

M.H. Cersonsky