11

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

**JAN 3 1 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS | § | CIVIL ACTION NO. B-01-125 |
| | § | |
| RUMALDO VILLANUEVA | | |

## O R D E R

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action.  After a de novo review of the file,

A.    The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B.    Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C.    Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

    1. Principal Balance as of                             $ 2,606.06

    2. Current Interest                                     $    559.41

    3. Attorney's Fees                                     $    550.00

    4. Pre-Judgment Interest Rate Per annum             8.41%

    5. Daily Accrual:                                      $      0.60

    6. TOTAL Balance Due (Including Attorney's Fees)     $ 3,715.47

    7. Post Judgment Interest equals __*2.18*__ % per annum

DONE in Brownsville, Texas, this ___*28*___ of _____ ~~2001~~ *2002*

_____

Hilda G. Tagle
United States Magistrate Judge